**DISMISS and Opinion Filed March 31, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00062-CV**

**IN RE TEXAS REVOCABLE LIVING TRUST OF SHIRLY JEAN NIXON**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 111476-CC2**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Pedersen, III

We reinstate this appeal which we previously abated to allow the trial court an opportunity to conduct a hearing on appellant's rule 306a motion. *See* TEX. R. APP. P. 306a(5).

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

230062F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN RE: TEXAS REVOCABLE
LIVING TRUST OF SHIRLY JEAN
NIXON

No. 05-23-00062-CV

On Appeal from the County Court at
Law No. 2, Kaufman County, Texas
Trial Court Cause No. 111476-CC2.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered March 31, 2023